FILED
Date: 02/14/23

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 5:23-cr-12-GAP-PRL
    18 U.S.C. § 1708
    18 U.S.C. § 1704

JORDAN TYLER JAX
TAROD GOODMAN, JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 24, 2023, in the Middle District of Florida, the defendant,

**JORDAN TYLER JAX,**

did knowingly and unlawfully possess mail, and an article and thing contained there, that had been stolen, taken, embezzled, and abstracted, that is:

| TYPE OF MAIL | SENDER | CONTENTS |
|---|---|---|
| Card | J & T | Wedding Invitation |

knowing said mail and contents to have been stolen, taken, embezzled, and abstracted.

In violation of 18 U.S.C. § 1708.

### COUNT TWO

On or about January 24, 2023, in the Middle District of Florida, the defendants,

**JORDAN TYLER JAX**
and
**TAROD GOODMAN, JR.,**

did knowingly steal, take, and abstract letters from and out of a United States Post Service collection box, a letter, postal card, or mail, that is:

| TYPE OF MAIL | SENDER | CONTENTS |
|---|---|---|
| Letter | N.H. | Utility Bill |
| Letter | N.H. | Contents unknown |
| Letter | P.P. | Check |
| Letter | J.A. | Check |
| Card | M.L. | Birthday Card |

In violation of 18 U.S.C. §§ 1708 and 2.

**COUNT THREE**

On or about January 24, 2023, in the Middle District of Florida, the defendants,

**JORDAN TYLER JAX**
and
**TAROD GOODMAN, JR.,**

did knowingly and unlawfully possess a key suited to any lock adopted by the Post Office Department and the United States Postal Service and in use on an authorized receptacle for the deposit and delivery of mail matter, that is, a key with serial number 112-32868, with the intent to unlawfully or improperly use the same.

In violation of 18 U.S.C. §§ 1704 and 2.

## FORFEITURE

1. The allegations contained in Count One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1708 the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from, proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been comingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Sarah Swartzberg*
Sarah Janette Swartzberg
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

4

FORM OBD-34
February 23

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

JORDAN TYLER JAX
TAROD GOODMAN, JR.

INDICTMENT

Violations: 18 U.S.C. § 1708
18 U.S.C. § 1704

A true bill,

_____
Foreperson

Filed in open court this 14th day

of February 2023.

_____
*M Taylor*
Clerk

Bail $_____

GPO 863 525