IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                                            5:23-cr-12-GAP-PRL

**JORDAN TYLER JAX,** and
**TAROD GOODMAN, JR.,**
    Defendant.

                                                                     AUSA: Sarah Swartzberg
                                                 Deft. Atty.: David Wilson (#1-CJA)
                                                          Bryant Scriven (#2-CJA)

| JUDGE | Philip R. Lammens | DATE AND TIME | February 17, 2023<br>1:53 pm – 2:02 pm<br>9 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Bryan Coomer |

## CLERK'S MINUTES – ARRAIGNMENT

Case called appearances made. Defendant Jordan Tyler Jax not present. Defendant Tarod Goodman, Jr. present.

David Wilson addresses the court requesting a continuance as to the arraignment for Jordan Tyler Jax (defendant #1) and also states that a waiver of presence at arraignment may be filed.

Arraignment continues as to defendant Tarod Goodman, Jr. who is advised of rights, charges, penalties, etc.

Tarod Goodman, Jr. enters a plea of not guilty plea as to Counts 2 & 3 of the Indictment.

Tarod Goodman, Jr. set for the term commencing April 3, 2023 with the Status Conference on March 9, 2023 at 9:30 a.m. before the Honorable Gregory Presnell.

**CRIMINAL SCHEDULING ORDER TO ENTER.**

Arraignment as to Jordan Tyler Jax will be set by separate notice.